### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 20-11816-AMC |
| | ) | |
| LYNETTE D KIRKMAN, | ) | |
| | ) | |
| | ) | |
| Debtor | ) | CHAPTER 13 |

### **CERTIFICATE OF SERVICE**

I hereby certify that service upon all interested parties was made by sending true and correct of Proof of Claim 10 by first class mail or by electronic means on the 1st day of June 2020, to the parties indicated below:

Lynette D Kirkman
9516 Dungan Road
Philadelphia, PA 19115

Brad J. Sadek, Esquire
Sadek and Copper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

/s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire