# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                                                           Chapter 13

       LYNETTE D KIRKMAN                     Bankruptcy No. 20-11816-AMC

       9516 DUNGAN ROAD

       PHILADELPHIA, PA 19115-

       Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    LYNETTE D KIRKMAN

    9516 DUNGAN ROAD

    PHILADELPHIA, PA 19115-

**Counsel for debtor(s), by electronic notice only.**
    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 6/11/2020                                                                                 /s/ William C. Miller

                                                                     _____
                                                                     William C. Miller, Esquire
                                                                     Chapter 13 Standing Trustee