IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Lynette D Kirkman | : | Chapter 13 |
| | : | |
| | : | Case No. 20-11816AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the <u>Application for Compensation filed at docket number 21</u>

Dated: <u>July 8, 2020</u>      <u>/s/ Brad J. Sadek, Esquire</u>
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008