# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lynette D. Kirkman<br>  Debtor<br><br>Carisbrook Asset Holding Trust, its successors and/or assigns<br>  Movant<br>   vs.<br>Lynette D. Kirkman<br>  Debtor<br><br>William C. Miller, Esquire<br>  Trustee | CHAPTER 13<br><br><br><br>NO. 20-11816 AMC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Carisbrook Asset Holding Trust, which was filed with the Court on or about June 3, 2020 (Document No. 13).

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

September 25, 2020