UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Lynette D. Kirkman | : | Case No.: 20-11816-AMC |
| | : | |
| Debtor(s) | : | Chapter 13 |

## AMENDED CERTIFICATE OF NO RESPONSE

    I hereby certify that neither an objection to the compensation nor an application for administrative expenses has been filed and respectfully request that an Order be entered in this matter.

Dated: February 16, 2021          /s/ Brad J. Sadek, Esquire
                                                                     Brad J. Sadek, Esquire
                                                                     Sadek and Cooper Law Offices, LLC
                                                                     1315 Walnut Street, Suite 502
                                                                     Philadelphia, Pa 19107
                                                                     215-545-0008