U.S. Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, Pa, 19107

Lynette Kirkman-Wilson
9516 Dungan Road
Philadelphia, Pa, 19115

Dear County Clerk,
I have noticed that a record from your court is showing up on my credit report. Despite my attempts to dispute it with the credit bureaus Experian, Equifax, and TransUnion, they have all confirmed that the record was verified by your court. Please provide the procedure by which you verify records with the credit bureaus.

I would greatly appreciate a clear explanation of the procedure or any documents shared with the companies regarding my records. In anticipation of your response. I have included a self-addressed stamped envelope to facilitate your reply to me. Thank you for your attention to this matter.

Best regards,
Lynette Kirkman-Wilson

FILED
JUL 31 2023
TIMOTHY MCGRATH, CLERK
BY _____ DEP CLERK